UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Chapter 7
)
American Machine Products & Service, Inc. )
) Case No. 15-16038
Debtor )
) Judge Jack B. Schmetterer

### FINAL REPORT OF DEBTOR IN POSSESSION

American Machine Products & Service, Inc. by and through his attorney, Karen J. Porter, for its final report pursuant to Bankruptcy Rule 1019(5) states as follows

1. Debtor commenced a voluntary chapter 11 bankruptcy case on May 5, 2015.

2. On September 22, 2015, the court entered an order converting the chapter 11 case to one under chapter 7.

3. The Debtor incurred the following debts after the commencement of the case:

   A. Porter Law Network
      230 West Monroe, Suite 240
      Chicago, Il 60606
      Estimated $1500.00

American Machine Products & Services, Inc.

By: _____
    Edward C. Richerme, Sole Shareholder

Karen J. Porter
Atty No. 6188626
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400
Fax 312-372-4160